| | |
|---|---|
| 1 | Your Name: Foster, Travis |
| 2 | Address: PO Box 21173 Detroit, MI 48221 |
| 3 | Phone Number: N/A |
| 4 | Fax Number: N/A |
| 5 | E-mail Address: N/A |
| 6 | Pro Se Plaintiff |

FILED
FEB 10 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Foster, Travis
    Plaintiff,
v.
Airbnb INC.
    Defendant.

Case Number [leave blank]
**CV 25-01365**
COMPLAINT
DMR
DEMAND FOR JURY TRIAL
Yes ☐   No ☒

## I. PARTIES

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]
   - Name: Foster, Travis
   - Address: PO Box 21173 Detroit, MI 48221
   - Telephone: N/A

2. Defendants. [Write each defendant's full name, address, and phone number.]
   - Defendant 1:
   - Name: Airbnb INC.
   - Address: 888 Brannan Street San Francisco, CA 94103
   - Telephone:

1  Defendant 2:
2  Name: _____
3  Address: _____
4  Telephone: _____
5  Defendant 3:
6  Name: _____
7  Address: _____
8  Telephone: _____

## II. JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3. My case belongs in federal court

☒ under <u>federal question jurisdiction</u> because it involves a federal law or right.

Which federal law or right is involved?
\* Plaintiff is not an attorney

☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

## III. VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.

4. Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☒ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u>

1  I live in this district.

2  ☐ at least one defendant is located in this District and any other defendants are located in California.

3

4  **IV.   INTRADISTRICT ASSIGNMENT**

5  This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville.

6  First write in the county in which the events you are suing about happened, and then match it to the correct

7  division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco,

8  San Mateo, and Sonoma counties.  The San Jose division covers Monterey, San Benito, Santa Clara, Santa

9  Cruz counties.  The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino

10 counties, only if all parties consent to a magistrate judge.

11 1. Because this lawsuit arose in _San Francisco_ County, it should be assigned to the

12 _Small Claims_ Division of this Court. _Northern District of California_

13

14 **V.   STATEMENT OF FACTS**

15 Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events

16 happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph,

17 starting with paragraph number 6. Use more pages as needed.

18 Plaintiff rented a property in Florida on Defendants
19 platform. Rental company agreed to refund Plaintiff
20 on a recorded call with a representative on the call as
21 well from Airbnb INC. From the date of the incident
22 until present date Plaintiff has not been refunded.

## VI. CLAIMS

### First Claim

Name the law or right violated: *Plaintiff is not an attorney to state laws.

Name the defendants who violated it: Airbnb Inc

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

I received monetary damages by being deceived from a rental company on Airbnb Inc platform. They are required to fix the issue and has not to date.

_____ **Claim**

Name the law or right violated:

_____

Name the defendants who violated it:

## VII. DEMAND FOR RELIEF

State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.

I demand the Court to order Defendant to pay Plaintiff for the monetary damages of $2,633.66 either by funds or future Airbnb INC future credit with no expiration. Airbnb INC is obligated to repay lost funds for allowing Plaintiff to lose their funds on their platform.

## VIII. DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 12-25-24      Sign Name: Travis Foster

Print Name: Foster, Travis

Copy this page and insert it where you need additional space.